UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY VAUGHN, *Administrator of the Estate of* Mohammad J. Isaifan, | ) | CASE NO. 1:21-cv-02197 |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| JAMES REA, *et al.*, | ) | |
| Defendants. | ) | |

In accordance with the Court's accompanying Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, judgment is entered in Defendants' favor.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: June 23, 2025