# United States District Court for the Northern District of Ohio

Kimberly Vaughn

**Plaintiff,**

vs.

John Rea and Matthew Akers

**Defendant.**

CASE NO. 21 cv 2197

Judge Ruiz

# NOTICE OF APPEAL

Notice is hereby given that Kimberly Vaughn,
(here name all parties taking the appeal)
hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order granting Summary Judgment to defendants (doc. 64)
(the final judgment) (from an order (describing it))

entered in this action on the 23rd day of June, 2025.

(s) Scott T. Kamin

Address: 333 S. Wabash Ave.
Suite 2700
Chicago, IL 60605

Phone #: 312-307-8848

Attorney for Plaintiff

6CA-3